UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ, | No. 2:18-cv-0655 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2018, the Magistrate Judge filed Findings and Recommendations (ECF No. 16) herein which were served on Plaintiff and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) days. Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 28, 2018 (ECF No. 16) are ADOPTED in full; and

2. Defendant Warden Baughman is dismissed from this action.

IT IS SO ORDERED.

Dated: November 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE