UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.,<br><br>Defendants. | No. 2:18-cv-0655 MCE CKD P<br><br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. On December 26, 2018, the court recommended that this action be dismissed because plaintiff has been unable to provide the United States Marshal with an address where defendant Friend can be served with process. In response to the findings and recommendations, plaintiff seeks more time to obtain a valid address. Good cause appearing, plaintiff's request will be granted. Plaintiff is reminded that if process cannot be served on defendant Friend, this action will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's December 26, 2018 findings and recommendations are vacated.

2. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 27, 2018.

/////

/////

1

3. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form;

    b. Two copies of the endorsed complaint filed March 27, 2018; and

    c. One completed summons form.

4. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: February 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
rodr0655.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.<br><br>Defendants. | No. 2:18-cv-0655 MCE CKD P<br><br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 form

    \_\_\_\_        copies of the _____

                      Complaint

DATED:

                      _____

                      Plaintiff