UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.<br><br>Defendants. | No. 2:18-cv-0655 MCE CKD P<br><br><br><br>ORDER |

On November 4, 2019, plaintiff filed a motion for default judgment against defendant Friend. However, plaintiff did not file a certificate indicating that the motion was served on defendant Friend. It does appear, however, that defendant Friend is in default so the court will order entry of default by the Clerk of the Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. As for the motion for default judgment, the court will order the Clerk of the Court to serve the motion, along with the certificate of entry of default, upon defendant Friend at the address provided by him in his waiver of service of process (ECF No. 35). Defendant Friend will be given 21 days to respond to the motion.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall enter default against defendant Friend.

2. The Clerk shall serve a copy of the certificate of entry of default, this order and a copy of plaintiff's November 4, 2019 motion for default judgment on defendant John Friend at the address provided in the waiver of service at ECF No. 35.

3. Defendant Friend is granted 21 days within which to file an opposition to plaintiff's motion for default judgment. Failure to respond to the motion may result in the entry of default judgment against defendant Friend.

Dated: November 7, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rodr0655.dft