UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.,<br><br>Defendants. | No. 2:18-cv-0655 MCE CKD P<br><br><br><br>ORDER |

Defendant Friend has filed a motion asking that the court set aside entry of default. The motion is not opposed. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Friend's request that the court set aside entry of default (ECF No. 42) is granted;

2. The Clerk of the Court's November 7, 2019 entry of default is vacated;

3. Plaintiff's motion for default judgment (ECF No. 37) is denied; and

4. Defendant Friend shall file his response to plaintiff's complaint within 14 days.

Dated: February 14, 2020

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rodr0655.vd