UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.,<br><br>Defendants. | No.  2:18-cv-0655 MCE CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 51.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 52.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2020 (ECF No. 51), are ADOPTED in full;

2. All claims other than a claim for excessive force arising under the Eighth Amendment against defendant Friend are DISMISSED; and

3. Defendant Friend is ordered to file his response to plaintiff's Eighth Amendment excessive force claim within fourteen (14) days.

IT IS SO ORDERED.

Dated:  June 8, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE