CHAD C. COUCHOT, Bar No. 245455
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant JOHN H. FRIEND, M.D.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　Defendants.<br>_____ | No.　  2:18-cv-0655 MCE CKD P<br><br>**ORDER REGARDING DEFENDANT JOHN FRIEND, M.D.'S MOTION FOR DISCOVERY EXTENSION (FIRST REQUEST)** |

Defendant JOHN FRIEND, M.D. has filed a motion for discovery extension. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for discovery extension (ECF No. 64) is granted; and

2. The new discovery deadlines are as follows:

　　Discovery Cut-Off:　　　　　　　　　　　　June 15, 2021

　　Dispositive Motions Deadline:　　　　　　　August 31, 2021

Dated:  April 12, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE