CHAD C. COUCHOT, Bar No. 245455
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant JOHN H. FRIEND, M.D.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　　Defendants.<br>_____ | No.　2:18-cv-0655 MCE CKD P<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND DISCOVERY** |

Based on good cause shown and the stipulation of the parties, the deadlines governing this case are extended by 30 days.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order (ECF No. 69) is granted.

2. The discovery cut-off date is extended to August 23, 2021.

3. The dispositive motions deadline is extended to September 30, 2021.

Dated:  August 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE