1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN GARCIA RODRIGUEZ,              No.  2:18-cv-00655-MCE-CKD P

12              Plaintiff,

13        v.                               ORDER

14   DAVID BAUGHMAN, et al.,

15              Defendants.

16

17        On September 30, 2021, defendant filed a motion for summary judgment.  Plaintiff has

18   not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty

19   days of the date of this order, plaintiff shall file an opposition to the motion for summary

20   judgment or a statement of non-opposition.  Failure to comply with this order will result in

21   dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

22   Dated:  March 4, 2022

23                                         _____
                                           CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE

25

26   12/rodr0655.46osc.msj.docx

27

28

                                    1