UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GARCIA RODRIGUEZ, | No. 2:18-cv-00655-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within fourteen (14) days.  ECF No. 74.  Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2022, ECF No. 74, are ADOPTED in full.

2. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

3. Defendant's motion for summary judgment (ECF No. 71) is DENIED as moot.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE